# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED

21 DEC 10  PM 2:29

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

| | | |
|---|---|---|
| SEALED,<br>　　Plaintiffs, | §<br>§<br>§<br>§ | Civil Action No. |
| | §<br>§<br>§<br>§<br>§ | 1:21 CV 1128 RP<br><br>FILED *IN CAMERA*<br>AND UNDER SEAL<br>Pursuant to<br>31 U.S.C. §3730(b)(2) |
| 　　　　　v. | §<br>§ | |
| SEALED,<br>　　Defendants. | §<br>§ | |

## FILED UNDER SEAL

## (ATTENTION SEAL CLERK)

## MOTION TO FILE COMPLAINT IN CAMERA AND
## TO PLACE COMPLAINT UNDER SEAL

1

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RAYMOND CORNELISON, M.D., CARY DUNN, M.D., KATHILEEN BOOZER, D.N.P., and TRACY KUYKENDALL, M.D.,<br><br>    *Plaintiff-Relators,*<br><br>v.<br><br>CI (EPIPHANY) HOLDINGS, LLC, CI CAPITAL PARTNERS LLC, and GHEORGHE PUSTA,<br><br>    *Defendants.* | Case No. **1:21CV1128 RP**<br><br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)(2)**<br><br><br>**JURY TRIAL DEMANDED** |

## MOTION TO FILE COMPLAINT IN CAMERA AND TO PLACE COMPLAINT UNDER SEAL

Proceeding on behalf of and in the name of the United States of America and the State of Texas under the Civil False Claims Act, 31 U.S.C. §3730 *et seq.*, Plaintiff-Relators hereby move for an Order filing the Complaint and all other papers in this matter *in camera* and placing the Complaint and those papers under seal, pursuant to 31 U.S.C. §3730(b)(2). 31 U.S.C. §3730(b)(2) provides that Complaints in civil False Claims Act cases "shall be filed *in camera*, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

Accordingly, Plaintiff-Relators respectfully request this Court grant Plaintiff-

Relators' Motion.

Dated:  December 10, 2021

By: _Patrick J. O'Connell_ _____

Patrick J. O'Connell
(Tx. Bar No. 15179900)
pat@pjofca.com
LAW OFFICES OF PATRICK J. O'CONNELL PLLC
5926 Balcones Dr., Suite 220
Austin, TX 78731
Tel: (512) 852-5918

Timothy P. McCormack
tmccormack@vblawfirm.com
VAN MEER & BELANGER P.A.
215 Commercial Street, 4th Floor
Portland, ME 04101
Tel: (207) 871-7500
Fax: (207) 871-7505

Gregory P. Hansel
ghansel@preti.com
Michael S. Smith
msmith@preti.com
Elizabeth F. Quinby
equinby@preti.com
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111

*Attorneys for Plaintiff-Relators*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RAYMOND CORNELISON, M.D., CARY DUNN, M.D., KATHILEEN BOOZER, D.N.P., and TRACY KUYKENDALL, M.D., <br><br> *Plaintiff-Relators*, <br><br> v. <br><br> CI (EPIPHANY) HOLDINGS, LLC, CI CAPITAL PARTNERS LLC, and GHEORGHE PUSTA, <br><br> *Defendants*. | Case No.  **1:21CV1128**  **RP** <br><br> **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)(2)** <br><br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MOTION TO FILE COMPLAINT IN CAMERA AND TO PLACE COMPLAINT UNDER SEAL

Upon the motion of Plaintiff-Relators, pursuant to the Civil False Claims Act, 31 U.S.C. §3730 *et seq.*, this Court hereby:

GRANTS the motion, and pursuant to 31 U.S.C. §3730(b)(2),

ORDERS that the Complaint and all other papers in this matter shall be filed *in camera*, placed under seal, and not served on the Defendants, until this Court's further order.


Date: _____            _____
                                    The Honorable Judge Presiding